IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **VANESTA SPAIN, as plenary guardian of the Estate of Alexandrea Elise Healy, a minor,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) )  NO. 09-cv-608-JPG |
| **PRUDENTIAL INSURANCE COMPANY OF AMERICA,** | ) ) ) ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED:  November 23, 2010

                                        **NANCY J. ROSENSTENGEL, Clerk of Court**

                                        **By:s/Deborah Agans, Deputy Clerk**


**APPROVED:**   _s/J. Phil Gilbert_
                    **J. PHIL GILBERT**
                    **U. S. DISTRICT JUDGE**